

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Jarrett R. Jenkins,

                **Plaintiff,**

      -against-

CAPITAL ONE, N.A., as successor in interest
to HSBC Finance Corporation and or HSBC Bank
Nevada, N.A.,

                **Defendant,**

------------------------------------------------------------X

Case No.:2:14-cv-05683-SJF-AKT

**VERIFIED AMENDED COMPLAINT**

**TRIAL BY JURY DEMANDED**

Comes now the Plaintiff Jarrett R. Jenkins respectfully submits and alleges as follows:

## PARTIES

1. Plaintiff Jarrett R. Jenkins resides at 334 Locust Street, Apt-1, West Hempstead, NY 11552-3044.

2. Defendant Capital One, N.A. ("Capital One") is a nationally chartered bank with its principle place of business at 1680 Capital One Drive, Mclean, VA 22102-3407

3. Upon information and belief its registered agent is Corporation Service Company, Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219-3532

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 28 USC §1331 and pursuant to The Fair Credit Reporting Act (hereinafter "FCRA"), 15 USC §1681 et. seq and The Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 USC §1692 et. seq.

5. Venue is proper in this district because the cause of action arouse in Nassau County which is located in the Eastern District Of New York.

6. Upon information and belief Defendant is usually a banking institution that extends credit to consumers however in regards to this action the Defendant at all relevant times was engaged, by the use of the mail, telephone and the credit reporting system in the business of attempting to collect a

1

"debt" as defined by 15 U.S.C. § 1692a(5).

7. Capital One is a "debt Collector" as defined by 15 U.S.C. § 1692a(6) because upon information and belief they acquired the alleged debt when it was in default.

8. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. Equifax, Transunion and Experian are credit reporting agencies within the meaning of the FCRA 15 U.S.C. §1681a(f).

10. Consumer credit report is a consumer report within the meaning of FCRA 15 U.S.C. §1681a(d).

11. Defendant reports these debts to the national credit reporting agencies i.e. Experian, Equifax, and Transunion; as such is governed under the law by the FCRA.

## GENERAL ALLEGATIONS

12. On or about October 8, 2012 the Plaintiff pulled his credit report and found that from at least February 2000 the Defendant had entered into the Plaintiff's Equifax credit report claiming two alleged but **non existent debts** owed to them with partial account #s 544045500219 XXXX with a charged off amount of $2,077.00 and 431467250017 XXXX with a charged off amount of $2,498.00.

13. The Plaintiff disputed the accuracy and correctness of the CAPITAL ONE tradelines with Equifax via USPS certified mail on or about December 26, 2012.

14. On or about January 22, 2013 the Plaintiff received a copy of the results of the Equifax reinvestigations which indicated that both the tradelines were "verified". And so the tradelines continued to be reported in the Plaintiff's Equifax credit report until May 24, 2013. See *Exhibit-1*

15. On or about October 1, 2012 the Plaintiff pulled his credit report and found that from at least September 2000 the Defendant had entered into the Plaintiff's Transunion credit report claiming two alleged but **non existent debts** owed to them with partial account #s 544045500219**** with a high

balance of $2,805.00 and 431467250017 **** with a high balance of $3,282.00.

16. The Plaintiff disputed the accuracy and correctness of the CAPITAL ONE tradelines with Transunion via USPS certified mail on or about December 26, 2012.

17. On or about January 25, 2013 the Plaintiff received a copy of the results of the Transunion investigations which indicated that both tradelines were deleted. See *Exhibit-2*

18. On or about October 1, 2012 the Plaintiff pulled his credit report and found that from at least September 2000 the Defendant had entered into the Plaintiff's Experian credit report claiming two alleged but **non existent debts** owed to them with partial account #s 544045500219 .... with a high balance of $2,805.00 and 431467250017.... with a high balance of $3,282.00.

19. The Plaintiff disputed the accuracy and correctness of the PRA tradelines with Experian via USPS certified mail on or about December 26, 2012.

20. On or about February 8, 2013 the Plaintiff received a copy of the results of the Experian reinvestigations which indicated that the accounts were verified as belonging to me and "updated". And so the tradeline continued to be reported in the Plaintiff's Experian credit report until present day. See *Exhibit-3*

21. On or about January 2, 2013 the Plaintiff sent the Defendant a letter asking CAPITAL ONE to validate the alleged but **non existent debts**, which they received on January 7, 2013. See *Exhibit-4a*

22. On or about January 9, 2013 the Plaintiff sent the Defendant a second letter asking CAPITAL ONE to validate the alleged but **non existent debts**, which they received on or about January 13, 2013. See *Exhibit-4b*

23. On or about January 11, 2013 the Plaintiff sent the Defendant a third letter asking CAPITAL ONE to validate the alleged but **non existent debts**, which they received on or about January 14, 2013. See

*Exhibit-4c*

24. On or about January 14, 2013 the Plaintiff sent the Defendant a fourth letter asking CAPITAL ONE to validate the alleged but **non existent debts**, which they received on January 17, 2013. See *Exhibit-4d*

25. Despite numerous requests from the Plaintiff not including the letters mentioned previously, to date the Defendant have failed to provide any general ledger accounting or proper validation of the alleged debts claimed to be owed by the Plaintiff.

26. Prior to and within 30 days of the first appearance of the CAPITAL ONE tradelines in February 2000 into the Plaintiff's Equifax, Experian and Tranunion credit reports the Plaintiff was unaware of any contact whether through the mail or by telephone made by the Defendant, if there was any.

27. The Plaintiff ponders; that if he never was in default to CAPITAL ONE and he never had any kind of relationship, business or otherwise with the Defendant or their predecessor(s), then how can any of the information being reported and communicated in his Equifax, Experian and Transunion credit reports be anything but false, derogatory and inaccurate. Furthermore by the reporting of such information into the Plaintiff's credit reports as a means to entice payment of alleged but **non existent debts**, that behavior can only be deceptive, unfair and unconscionable.

28. The Plaintiff denies ever having any contractual agreement for credit, loans, or services relationship with the Defendant. Even if the Plaintiff did have such an agreement, which the Plaintiff denies, the alleged debts are not in question here as there is no proof of any alleged debts. But the fact as to how it was or was not validated and the wrongful actions of the Defendant in an attempt to collect on the alleged but **non existent debts**, continued collection activity by harassing, abusing, failing to provide adequate validation, using unfair, unconscionable and deceptive business practices upon the Plaintiff by inputting and reporting negative, false and inaccurate information into the Plaintiff's

Equifax, Experian and Transunion credit reports after the Plaintiff asked for validation of the alleged but **non existent debts** and disputed the tradeline with Equifax, Experian and Transunion, violated the civil rights of the Plaintiff.

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT VIOLATIONS

29. Paragraphs 1 through 28 re-alleged as though fully set forth herein.

30. From on or about January 2, 2013 the Defendant received more than four separate "requests for validation" from the Plaintiff asking them to properly validate the alleged but **non existent debts** under the FDCPA . See *Exhibits 4a-4d*. That demand was never complied with and so any continued action in regards to the collection of the alleged but **non existent debts** were blatant violations of various sections of the FDCPA as follows:

    a. Defendant violated §1692d(5) of the FDCPA by engaging in conduct of which the natural result was the abuse and harassment of the Plaintiff by inputting false, derogatory and inaccurate information in the Plaintiff's Experian credit report and updating and certifying said report from October 2013 to present day. See *Exhibit-3*

    b. Defendant violated §1692e(2)(A) of the FDCPA by falsely representing the character and amount of the alleged debts in the Plaintiff's Experian credit report from October 2013 to present day.

    c. Defendant violated §1692e(8) of the FDCPA by communicating to Experian credit information which they knew or should have known to be false from October 2013 to present day. The Defendant knew or should have known the information they were communicating to Experian was false because the Plaintiff never had any kind of relationship, business or otherwise with the Defendant or their predecessor(s).

d. Defendant violated §1692f(1) of the FDCPA by using the Plaintiff's Experian credit report as a means to collect on the alleged but **non existent debts**. That behavior was unfair and unconscionable because the collection of any amount is forbidden (including the interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debts or permitted by law. The Defendant to this day never produced those agreements or brought forth any legal or lawful obligation that was owed by the Plaintiff after the Plaintiff requested such proof. See *Exhibits 4a-4d*

e. Defendant violated §1692g(b) of the FDCPA by not ceasing collection activity in the Plaintiff's Experian credit report from October 2013 to present day. Even after receiving the Plaintiff's multiple requests for validation from on or about January 2, 2013 to present. See *Exhibits 4a-4d*

31. As a direct and proximate result of one or more or all of the statutory violations above the Plaintiff has suffered actual damages in the forms of emotional distress (*see Exhibit 5*) and the denial of credit from Cash Call. See *Exhibit 6*

**WHEREFORE**, Plaintiff, Jarrett R. Jenkins prays that the court enter an order against the Defendant, CAPITAL ONE that:

1. Declares that the Defendant's conduct violated the FDCPA;

2. Award statutory damages as listed under the FDCPA 813[15 USC§1692k] of $1,000.00,

3. Award actual damages as listed under the FDCPA 813[15 USC§1692k],

4. Award costs and attorneys fees as listed under the FDCPA 813[15 USC§1692k],

5. Other damages as allowed by the court.

## COUNT II
## FAIR CREDIT REPORTING ACT VIOLATIONS

32. Paragraphs 1 through 31 are re-alleged as though fully set forth herein.

33. From on or about December 26, 2012 the Plaintiff sent his "Notice of Dispute" to Equifax, disputing the accuracy and correctness of the Capital One tradeline in his credit report. In turn, after receiving the "notice of dispute" from Equifax the Defendant had a duty and obligation under the FCRA, 15 U.S.C. §1681 s-2b to conduct proper and reasonable investigations as required by the statute. That demand was never complied with and so any continued reporting of the negative, false and inaccurate tradelines by the Defendant into the Plaintiff's Equifax credit report monthly became a separate violation of the statute. By the continued reporting of the false, negative and inaccurate information into the Plaintiff's Equifax, report on the alleged but **non existent debts** without conducting proper and reasonable investigations as required by 15 U.S.C. §1681 s-2b demonstrates a willful and knowing disregard for the law or in the alternative negligence of the law. This behavior and violations occurred from January 22, 2013 to May 24, 2013 (**5 months, 5 violations**) for each account.

34. From on or about December 26, 2012 the Plaintiff sent his "Notice of Dispute" to Experian, disputing the accuracy and correctness of the Capital One tradeline in his credit report. In turn, after receiving the "notice of dispute" from Experian the Defendant had a duty and obligation under the FCRA, 15 U.S.C. §1681 s-2b to conduct proper and reasonable investigations as required by the statute. That demand was never complied with and so any continued reporting of the negative, false and inaccurate tradelines by the Defendant into the Plaintiff's Experian credit report monthly became a separate violation of the statute. By the continued reporting of the false, negative and inaccurate information into the Plaintiff's Experian, report on the alleged but **non existent debts** without conducting proper and reasonable investigations as required by 15 U.S.C. §1681 s-2b demonstrates a willful and knowing disregard for the law or in the alternative negligence of the law. This behavior and violations occurred from February 8, 2013 to present (**20 months, 20 violations**) for each account.

35. Defendant, CAPITAL ONE violated 15 U.S.C. §1681 s-2(b)(1)(A) by failing to conduct an investigation after receiving notice that the Plaintiff disputed the information the Defendant had provided to Equifax and Experian.

36. Defendant, CAPITAL ONE violated 15 U.S.C. §1681 s-2(b)(1)(B) by failing to review all relevant information provided by Equifax and Experian pursuant to §1681i .

37. Defendant, CAPITAL ONE violated 15 U.S.C. §1681 s-2(b)(1)(c) by reporting inaccurate, incomplete, false, and misleading results of the investigation, if any to Equifax and Experian.

38. Defendant, CAPITAL ONE violated 15 U.S.C. §1681 s-2(b)(1)(D) by failing to notify Equifax and Experian that the reporting of the Defendants tradeline was inaccurate, incomplete, false and misleading.

39. As a direct and proximate result of one or more or all of the statutory violations above the Plaintiff has suffered actual damages in the forms of emotional distress (*see* Exhibit 5) and the denial of credit from Cash Call (*see* Exhibit 6).

**WHEREFORE**, Plaintiff, Jarrett R. Jenkins prays that the court enter an order against the Defendant, CAPITAL ONE, N.A. that:

1. Declares that the Defendant's conduct violated the FCRA;
2. Award statutory damages as listed under the FCRA, 15 U.S.C. §1681n (a)(1)(A) of $1000 per violation, or in the alternative for negligent conduct pursuant to 15 U.S.C. §1681o
3. Award costs and attorneys fees as listed under the FCRA, 15 U.S.C. §1681n (a)(3) and or o,
4. Award punitive damages as the court may allow as listed under the FCRA, 15 U.S.C. §1681n (a)(2), or in the alternative for negligent conduct pursuant to 15 U.S.C. §1681o
5. Other damages as allowed by the court.

Respectfully Submitted,

November 12, 2014

Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

**EXHIBIT-1**

000681

001324673-681
Jarrett R Jenkins
PO Box 286
Baldwin, NY 11510-0286

# EQUIFAX

**CREDIT FILE : January 22, 2013**

**Confirmation # 3002015125**

Dear Jarrett R Jenkins:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 265-8807 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

>>> **We have reviewed the identification information.** *The results are:* Please be advised that your social security number and date of birth are reporting correctly on your credit file. *Name: Jarrett R Jenkins Ssn:* 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 *Birthdate: 10/25/1973*

>>> **We have reviewed the current address.** *The results are:* The current address has been added/updated per the information you have supplied. *PO Box 286 Baldwin NY 11510*

### Credit Account Information

*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account.** *Account # - 43146725001T* *The results are:* We have verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Capital One, PO Box 5253, Carol Stream IL 60197-5253 Phone: (800) 477-6000*

**Hsbc Bank**    *PO Box 5253 Carol Stream IL 60197-5253 ; (800) 477-6000*

| Account Number 43146725001T* | Date Opened 10/22/1998 | High Credit $3,282 | Credit Limit $2,500 | | Terms Duration | Terms Frequency Monthly | | Months Revd 99 | Transfer/Sold | | Creator Classification |
| Items As of Date 01/22/2013 | Balance Amount $0 | Amount Past Due $0 | Date of Last Payment 08/2008 | Actual Payment Amount $126 | Scheduled Payment Amount $0 | Date of 1st Delinquency 07/2008 | Date of 1st Document 07/2008 | Date Maj Del. 1st Rptd 01/2009 | Charge Off Amount $0 | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Charge Off: Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; **ADDITIONAL INFORMATION** - Consumer Disputes This Account Information; Account Transferred or Sold; Charged Off Account;

>>> **We have researched the credit account. Account # - 544045500219\*  The results are:**  We have verified that this item has been reported correctly. Additional information has been provided from the original source regarding this item. If you have documents that release you from this obligation, please forward a copy to us. If you have additional questions about this item please contact:  *Capital One, PO Box 5253, Carol Stream IL  60197-5253 Phone: (800) 477-6000*

( Continued On Next Page )

300201 5125CTE-001324673- 681  - 4589  - AS

**Hsbc Bank** · PO Box 5253 Carol Stream IL 60197-5253 · (800) 477-6000

| Account Number 544045500219* | | Date Opened 02/22/2000 | High Credit $2,805 | | Credit Limit $2,200 | | Terms Duration | | Terms Frequency Monthly | | Months Revd 97 | Activity Designator Transfer/Sold | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 01/22/2013 | Balance Amount $0 | Amount Past Due $0 | Date of Last Paymnt 08/2008 | Actual Paymnt Amount $261 | Scheduled Payment Amount $0 | Date of 1st Delinquency 07/2008 | Date of Last Activity | Date Maj. Del. 1st Rptd 01/2009 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Account Transferred or Sold; Charged Off Account;

P. O. Box 105518
Atlanta, GA 30348

000396

001413501-396
Jarrett R Jenkins
PO Box 286
Baldwin, NY 11510-0286

# EQUIFAX

## CREDIT FILE : May 24, 2013
## Confirmation # 3134029400

Dear Jarrett R Jenkins:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section include open and closed accounts reported by credit grantors)

| Account History | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

**Status Code**

**Descriptions**

>>> *We have researched the credit account. Account # - 43146725017* *The results are*: We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:

### Hsbc Bank    PO Box 5253 Card Stream IL 60197-5253 : (800) 477-6000

| Account Number 43146725017* | | | | High Credit $3,282 | Credit Limit $2,500 | Terms Duration | Terms Frequency Monthly | | Months Revd 99 | Activity Designator Transfer/Sold | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 01/22/2013 | Balance Amount $0 | Amount Past Due $0 | Date Opened 10/22/1998 | Date of Last Paymt 06/2008 | Actual Paymt. Amount $126 | Scheduled Paymt Amount $0 | Date of 1st Delinquency 07/2008 | | Date Maj. Del 1st Rptd 01/2009 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

Status - Charge Off: Type of Account - Revolving: Type of Loan - Credit Card: Whose Account - Individual Account: ADDITIONAL INFORMATION - Consumer Disputes This Account Information: Account Transferred or Sold: Charged Off Account:

3134029400APPLADM-001413501- 396 - 3700  - AS

>>> **We have researched the credit account. Account # - 544045500219*. The results are: We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Capital One, PO Box 5253, Carol Stream IL. 60197-5253 Phone: (800) 477-6000***

**Habc Bank** PO Box 5253 Carol Stream IL 60197-5253 : (800) 477-6000

| Account Number 544045500219* | | Date Opened 02/28/2000 | High Credit $2,805 | Credit Limit $2,200 | | Terms Duration | Terms Frequency Monthly | | Months Revd 97 | Activity Designator Transfer/Sold | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 01/28/2013 | Balance Amount $0 | Amount Past Due $0 | Date of Last Pymnt 06/2008 | Actual Payment Amount $261 | Scheduled Payment Amount $0 | Date of 1st Delinquency 07/2008 | Date of Last Activity | Date Maj Del 1st Paid 01/2009 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Account Transferred or Sold; Paid Charge Off; Credit Card;

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

3024011129IA3-001329318- 617 - 3896 - AS

**EXHIBIT-2**

P2GYEE00300287-I002861-194070699
JARRETT ROBERT JENKINS
PO BOX 286
BALDWIN, NY 11510-0286

**If you have received a credit report disclosure from TransUnion in the past, you will notice that we have changed the format to make it easier to review and understand your credit information. Please see the "Important Information Concerning Your TransUnion Credit Report" section for details about your credit report. You also may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.**

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| HSBC BANK | # 544045500219**** | DELETED |
| HSBC BANK | # 431467250017**** | DELETED |

P 2GYEE-003 00287-I002861 01/10

JRJ-000105-PRA

**EXHIBIT-3**



:::. Experian™

*A world of insight*

PO Box 9701
Allen, TX 75013

0000421 00 MR 0.652 **AUTO   4 0 7036 11510-028688   -C02-P00421-I
JARRETT ROBERT JENKINS
PO BOX 286
BALDWIN NY 11510-0288

IlijIIjiiiIIIilijijIIjIIiiiiiIjiiIIIjIIjIIIijjIIIIjII

Prepared for: **JARRETT ROBERT JENKINS**
Date: **February 08, 2013**
Report number: **0608-3684-72**

**Dear JARRETT ROBERT JENKINS ,**

To assist you in understanding your correction summary, we have provided
additional information that relates directly to items on your personal credit
report.

PORTFOLIO RECOVERY ASSOCIATES
5440450021 9.......
PLEASE CONTACT CREDIT GRANTOR AT- 866 428 6589

HSBC BANK
43146725001 7.......
PLEASE CONTACT CREDIT CREDIT GRANTOR AT- 866- 516- 6388

HSBC BANK
5440450021 9.......
PLEASE CONTACT CREDIT CREDIT GRANTOR AT 800- 772- 1413

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR
PERSONAL CREDIT REPORT:-

Scan me with your smart phone
for special offers from Experian.

0182312992

7036-02-00-0000421-0001-0003286




# Dispute results

## About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

## How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
|---|---|
| PORTFOLIO RECVRY&AFFIL 5440455002 19..... | Updated |

## What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95.** To order, call
1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

7036-02-00-0000-17H0000-0003288



## Credit items continued

| | Outcome |
|---|---|
| HSBC BANK 43146725001 7.... | Updated |
| HSBC BANK 5440450021 9.... | Updated |

Visit experian.com/status to check the status of
your pending disputes at any time


Your accounts that may be considered negative (continued)

| | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| **HSBC BANK** | Oct 1998 | Credit card | $2,500 | Not reported | Individual |
| PO BOX 5253 | First reported | Terms | | | **Status** |
| CAROL STREAM IL 60197 | Jul 2008 | Not reported | High balance | | Closed. $3,282 written off. |
| **Phone number** | Date of status | Monthly | $3,282 | | **Comment** |
| (800) 477 6000 | Feb 2009 | payment | | | Account information disputed by consumer. (Meets |
| **Partial account number** | | Not reported | | | requirement of the Fair Credit Reporting Act). |
| 4314672560017..... | | | | | **Your statement** |
| **Address Identification number** | | | | | "Y ITEM DISPUTED BY CONSUMER" |
| 0023845723 | | | | | |
| Sold to: ARROW FINANCIAL | | | | | |



7008-02-00-000042-1-0004-0003285



Your accounts that may be considered negative (continued)

**Creditor's statement**
"Purchased by another lender."
This item was updated from our processing of your dispute in Jan 2013.

Payment history
2009  2008
FEB  JAN  DEC  NOV  OCT  SEP  AUG  JUL

| HSBC BANK | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 5253 | Feb 2000 | Credit card | original amount | Not reported | Individual |
| CAROL STREAM IL 60197 | First reported | Terms | $2,200 | | Status |
| Phone number | Jul 2009 | Not reported | High balance | | Closed $2,805 written off. |
| (800) 477 6000 | Date of status | Monthly | $2,805 | | Comment |
| Partial account number | Jul 2009 | payment | | | Account information disputed by consumer (Meets |
| 5440455002190... | | Not reported | | | requirement of the Fair Credit Reporting Act). |
| Address identification number | | | | | **Your statement** |
| 0023545723 | | | | | " 'Y' ITEM DISPUTED BY CONSUMER" |
| Sold to: PORTFOLIO RECOVRY | | | | | **Creditor's statement** |
| | | | | | "Purchased by another lender." |
| | | | | | This item was updated from our processing of your dispute in |
| | | | | | Jan 2013. |

Payment history
2009
JUL

| LVNV FUNDING, LLC | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| | | | | | |

Feb 2013.

7036-02-00-0000421-0005-0003284


∴Experian™
An experian company

Prepared for: JARRETT ROBERT JENKINS
Date: February 08, 2013
Report number: 0608-3084-72

Page 11 of 22

**PORTFOLIO RECOVERY ASSOCIATES**
120 CORPORATE BLVD STE 100
NORFOLK VA 23502
**Phone number**
(800) 772 1413
**Partial account number**
5440455002 19.....
**Address identification number**
0519163087
**Original creditor** HSBC CARD SERVICES III INC

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Jul 2009 | Debt Buyer | original amount | $2,805 as of Jan | Individual |
| **First reported** | **Terms** | $2,805 | 2013 | **Status** |
| Jan 2013 | 1 Months | **High balance** | **Recent payment** | Collection account. $2,805 past due as of Jan 2013. |
| **Date of status** | **Monthly** | Not reported | $261 | This account is scheduled to continue on record until Apr |
| Jan 2013 | **payment** | | | 2015. |
| | Not reported | | | **Comment** |
| | | | | Account information disputed by consumer (Meets |
| | | | | requirement of the Fair Credit Reporting Act) |
| | | | | **Your statement** |
| | | | | " Y ITEM DISPUTED BY CONSUMER" |
| | | | | This item was updated from our processing of your dispute in |
| | | | | Jan 2013. |

0182312992

7036-02-00-0000421-0008-0003283

2008



**HSBC BANK**
**Address:**                          **Account Number:**
PO BOX 9                              431467250017....
BUFFALO, NY 14240
(888) 385-8916
**Address Identification Number:**
0023645723

**Status:** Closed. $3,282 written off.

**Status Details:**
This item was updated from our processing of your dispute in Apr 2014.

**Date Opened:**        **Type:**            **Credit Limit/Original Amount:**
10/1998                Credit card          $2,500
**Reported Since:**    **Terms:**           **High Balance:**
01/2009                NA                   $3,282
**Date of Status:**    **Monthly Payment:** **Recent Balance:**
02/2009                $0                   NA
**Last Reported:**     **Responsibility:**  **Recent Payment:**
02/2009                Individual           NA
**Your Statement:**                         **Comment:** Purchased by another lender.
Y ITEM DISPUTED BY CONSUMER
Completed investigation of FCRA dispute - consumer disagrees.

**Payment History:**
2009
FEB   JAN
CLS   CO

**Account History:**
Charge Off as of Jan 2009

Feb 2014: $1,328 / February 13, 2014 / $23 / $115
Jan 2014: $205 / January 17, 2014 / $15 / $930
Dec 2013: $977 / December 6, 2013 / $23 / $900
Nov 2013: $1,636 / November 8, 2013 / $35 / $320
Oct 2013: $1,938 / October 11, 2013 / $59 / $100
Sep 2013: $2,016 / September 11, 2013 / $61 / $65
Aug 2013: $2,058 / July 19, 2013 / $62 / $200
Jul 2013: $2,141 / July 10, 2013 / $65 / $42
Jun 2013: $1,364 / June 7, 2013 / $41 / $140
May 2013: $1,195 / April 26, 2013 / $36 / $560
Apr 2013: $1,272 / April 12, 2013 / $39 / $860
Mar 2013: $1,539 / February 24, 2013 / $47 / $350
Feb 2013: $1,531 / February 5, 2013 / $46 / $32
Jan 2013: $735 / December 21, 2012 / $25 / $340
Dec 2012: $822 / December 11, 2012 / $25 / $30
Nov 2012: $57 / November 15, 2012 / $25 / $740
Oct 2012: $306 / no data / $25 / no data
Sep 2012: $0 / no data / Unknown / no data

Between Dec 2012 and Jul 2014, your credit limit/high balance
was $2,500
Between Oct 2012 and Nov 2012, your credit limit/high balance
was $1,500
Between Sep 2012 and Sep 2012, your credit limit/high balance
was $500



**HSBC BANK**
**Address:**
PO BOX 9
BUFFALO, NY 14240
(888) 385-8916
**Address Identification Number:**
0023645723

**Account Number:**
544045500219....

**Status:** Closed.

**Status Details:**
This item was updated from our processing of your dispute in Jul 2014.

| | | |
|---|---|---|
| **Date Opened:** 02/2000 | **Type:** Credit card | **Credit Limit/Original Amount:** $2,200 |
| **Reported Since:** 07/2009 | **Terms:** NA | **High Balance:** $2,805 |
| **Date of Status:** 07/2009 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 07/2009 | **Responsibility:** Individual | **Recent Payment:** NA |

**Your Statement:**
Y ITEM DISPUTED BY CONSUMER
Completed investigation of FCRA dispute - consumer disagrees.

**Comment:** Purchased by another lender.

**Payment History:**
2009
 JUL
 CLS



**EXHIBIT-4a**

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 2, 2013

HSBC BANK / or CAPITAL ONE
PO Box 5253
Carol Stream, IL 60197-5253

<u>Certified Mail – Return Receipt Requested</u>

<u>RE: Acct #431467250017XXXX</u>          ; Original Creditor- Unknown

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:

1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement from the original creditor AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the servicing history which includes any/all payments received from me which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your

legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.


Respectfully,

Jarrett Jenkins

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 2, 2013

HSBC BANK/ or CAPITAL ONE
PO Box 5253
Carol Stream, IL 60197-5253

<u>**Certified Mail – Return Receipt Requested**</u>

**RE: Acct #544045500219XXXX**            **; Original Creditor- Unknown**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:

1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement from the original creditor AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the servicing history which includes any/all payments received from me which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarrett Jenkins



**UNITED STATES**
**POSTAL SERVICE™**

Date: 01/07/2013

JARRETT JENKINS:

The following is in response to your 01/03/2013 request for delivery information on your Certified Mail(TM) item number 7012 1010 0003 5815 2404. The delivery record shows that this item was delivered on 01/07/2013 at 08:46 AM in SALT LAKE CITY, UT 84130 to S LEHAULI. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**EXHIBIT-4b**

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 9, 2013

HSBC
PO Box 5253
Carol Stream, IL 60197-5253

**Certified Mail – Return Receipt Requested**

**RE: Acct #431467250017XXXX**                    **; Original Creditor- ?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some
contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit
Reporting Act that you provide me within 30 days upon receipt of this letter  the following:
1. A certified copy of the original contract bearing my signature contracting for goods and
   or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services
   from your company that includes copies of all invoices relating to this account
3. A copy of your authority to collect on this account since I have no agreement with your
   company
4. A copy of the final account statement AND a document that lists the total principal of
   amount owed including a description of why I must pay additional fees which may
   include late fees, interest, penalties etc.
5. A copy of the complete servicing history from the inception date of the contract to the
   closing of the account which includes any/all payments received from me or on my
   behalf which breaks down how each payment was applied to principal, interest, late fees
   etc.

You should also be aware that sending unsubstantiated demands for payment through the United
States Mail System might constitute mail fraud under federal and state law. You may wish to
consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt
Collection Practices Act. I will not attach the many pages of case references relating to deceptive
collection practices. I leave that entirely up to your legal department to determine whether or not
your defense in Federal Court here in New York is sufficient to absolve your company of
violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.


Respectfully,

Jarrett Jenkins

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 9, 2013

HSBC
PO Box 5253
Carol Stream, IL 60197-5253

**Certified Mail – Return Receipt Requested**

**RE: Acct #544045500219XXXX**       **; Original Creditor-?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:
1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company that includes copies of all invoices relating to this account
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the complete servicing history from the inception date of the contract to the closing of the account which includes any/all payments received from me or on my behalf which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarrett Jenkins

**EI 2099502&6 US**

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 11510 | ☒ Next ☐ 2nd ☐ 2nd Del. Day | $ 21.30 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 1 Day 9 Year 13 | Month 1 Day 10 | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| 11:35 ☒ AM ☐ PM | ☒ Noon ☐ 3 PM | $ | $ |
| Flat Rate ☒ or Weight | Military | Total Postage & Fees |
| lbs. 3 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 21.30 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)  PHONE ( 516 ) 541 3736

J. Jenkins
PO Box 226
Baldwin, NY 11510-0226

[postmark: USPS BALDWIN NY 11510 JAN -9 2012]

**TO:** (PLEASE PRINT)  PHONE ( )

HSBC Card Services
PO Box 5253
Carol Stream, IL
ATTN: Bureau Dispute Handling

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

6 0 1 9 7 + 5 2 5 3

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
www.usps.com
EMS

**EXHIBIT-4c**

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 11, 2013

HSBC
PO Box 5253
Carol Stream, IL 60197-5253

**Certified Mail – Return Receipt Requested**

**RE:  Acct #431467250017XXXX**                    **; Original Creditor- ?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:

1.  A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2.  A copy of the transaction history relating to any sale/purchase of products or services from your company that includes copies of all invoices relating to this account
3.  A copy of your authority to collect on this account since I have no agreement with your company
4.  A copy of the final account statement AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5.  A copy of the complete servicing history from the inception date of the contract to the closing of the account which includes any/all payments received from me or on my behalf which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarrett Jenkins

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 11, 2013

HSBC
PO Box 5253
Carol Stream, IL 60197-5253

<u>**Certified Mail – Return Receipt Requested**</u>

**RE: Acct #544045500219XXXX**       **; Original Creditor-?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:

1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company that includes copies of all invoices relating to this account
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the complete servicing history from the inception date of the contract to the closing of the account which includes any/all payments received from me or on my behalf which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarred Jenkins

## U.S. Postal Service
## CERTIFIED MAIL   RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

CARD STREAM IL 60197

| | | |
|---|---|---|
| Postage | $ | $5.15 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $1.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.25 |

Postmark Here — 0510 04 BALDWIN NY 11510 — 01/02/2013

7012 3050 0002 1843 0705

Sent To: HSBC BANK for CAPITAL ONE
Street, Apt. No.; or PO Box No.: PO BOX 5253
City, State, ZIP+4: CAROL STREAM, IL 60197-5253

## U.S. Postal Service
## CERTIFIED MAIL   RECEIPT
*(Domestic Mail Only; No Insurance Coverage Required)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

CARD STREAM IL 60197

| | | |
|---|---|---|
| Postage | $ | $5.15 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $1.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.25 |

Postmark Here — 0510 04 BALDWIN NY 11510 — 01/02/2013

7012 1010 0003 5615 2404

Sent To: HSBC BANK /or Capitol One
Street, Apt. No.; or PO Box No.: PO Box 5253
City, State, ZIP+4: Carol Stream, IL 60197-5253



---

EI 019670824 US

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE ®
**Post Office To Addressee**

**Customer Copy**
Label 11-B, March 2004

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| 11552 | | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 1-11-13 | | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| AM/PM | | $ | $ |
| Flat Rate or Weight | Military | Total Postage & Fees |
| | | $ |
| | Int'l Alpha Country Code | Acceptance |

FROM: (PLEASE PRINT)  PHONE (   )
J Jenkins
PO Box 266
Baldwin, NY 11510

FOR PICKUP OR TRACKING
www.usps.com

TO: (PLEASE PRINT)  PHONE (   )
CARD SERVICES
ATTN Bureau Dispute Resolution
PO Box 5253
CAROL STREAM IL
60197 + 5253

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**EXHIBIT-4d**

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 14, 2013

CAPITAL ONE
PO Box 5253
Carol Stream, IL 60197-5253

**Certified Mail – Return Receipt Requested**

**RE: Acct #431467250017XXXX**          **; Original Creditor- ?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:
1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company that includes copies of all invoices relating to this account
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the complete servicing history from the inception date of the contract to the closing of the account which includes any/all payments received from me or on my behalf which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarrett Jenkins

Jarrett R. Jenkins
P.O. Box 286
Baldwin, NY 11510-0286

January 14, 2013

CAPITAL ONE
PO Box 5253
Carol Stream, IL 60197-5253

**Certified Mail – Return Receipt Requested**

**RE: Acct #544045500219XXXX**                 **; Original Creditor-?**

Dear Sir/Madam,

Be advised that I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

I am requesting under the guidelines of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act that you provide me within 30 days upon receipt of this letter the following:

1. A certified copy of the original contract bearing my signature contracting for goods and or services with your company
2. A copy of the transaction history relating to any sale/purchase of products or services from your company that includes copies of all invoices relating to this account
3. A copy of your authority to collect on this account since I have no agreement with your company
4. A copy of the final account statement AND a document that lists the total principal of amount owed including a description of why I must pay additional fees which may include late fees, interest, penalties etc.
5. A copy of the complete servicing history from the inception date of the contract to the closing of the account which includes any/all payments received from me or on my behalf which breaks down how each payment was applied to principal, interest, late fees etc.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

I have been counseled regarding my rights under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. I will not attach the many pages of case references relating to deceptive collection practices. I leave that entirely up to your legal department to determine whether or not your defense in Federal Court here in New York is sufficient to absolve your company of violations of 15 U.S.C. 1692e(5) "Threats of Unintended or Illegal Action".

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

My SS# 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, and DOB 10-25-1973.

Respectfully,

Jarrett Jenkins



**UNITED STATES**
**POSTAL SERVICE**

Date: 01/17/2013

JARRETT JENKINS:

The following is in response to your 01/15/2013 request for delivery information on your Express Mail(R) item number EI20 9950 290U S. The delivery record shows that this item was delivered on 01/17/2013 at 10:17 AM in SALT LAKE CITY, UT 84130 to S LEHAULI. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**EXHIBIT-5**

I have suffered from the following due to, or made worse by, the actions of the Defendant, Capital One, N.A. debt collection and illegal credit reporting activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family and friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest Pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness Irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection and illegal credit reporting activities:_____

_____

_____

_____

_____

_____

_____

      Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12 Nov 14

_____
Signed name

Jarrett P. Jenkins
Printed Name

**EXHIBIT-6**

**Subject:** Application Declined

**From:** do.not.reply@westernsky.com (do.not.reply@westernsky.com)

**To:** ldlaw701@yahoo.com;

**Date:** Friday, March 15, 2013 7:21 PM



# Application Declined

### Dear JARRETT JENKINS ,

After careful review of your loan application, we are sorry to advise you that we cannot grant you
a loan at this time. If you would like a statement of specific reasons why your application was
denied, please contact the address shown below within 60 days of receiving this letter. We will
provide you with a statement of reasons within 30 days after receiving your request.

Credit Inquiry Dept.
Western Sky Financial
P.O. Box 370
Timber Lake, SD 57656
1-605-865-3311

The decision not to grant you a loan at this time was based in whole or in part on information
contained in your credit report. The following information arises out of such report:

| | |
|---|---|
| **Your credit score** | 593<br><br>source: Experian      Date:2/21/2013 |
| **The range of score** | Scores range from a low of 320 to a high of 844.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **Key Factors that adversely affected your credit score** | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED<br>LENGTH OF TIME SINCE LEGAL ITEM FILED OR COLLECTION ITEM REPORTED<br>PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS<br>NUMBER OF ACCOUNTS DELINQUENT |

As part of the loan application approval process, we use information obtained from Experian credit
reporting agency. Experian's address and toll-free telephone number are shown below. Experian
played no part in our decision and is unable to provide specific reasons why we have denied
credit to you. You have a right under the Fair Credit Reporting Act to know the information
contained in your credit file at the consumer reporting agency. You have a right to a free copy of
your credit report from the reporting agency if you request it no later than 60 days after you
receive this notice. In addition, if you find that any information contained in the report you received
is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.
You can find out about the information contained in your file (if one was used) by contacting:

Experian Credit Information
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1-888-397-3742
www.experian.com/reportaccess

Notice: Western Sky Financial does not discriminate against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the laws of the Cheyenne River Sioux Tribe.

Please do not reply directly to this system-generated email. This mailbox is not monitored and you will not receive a response.