```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 29 2015   ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JARRETT R. JENKINS,

            Plaintiff,

V.

CAPITAL ONE, N.A.,

            Defendant.

Case No. 2:14-cv-05683-SJF-AKT

**STIPULATION AND ORDER**
**SUBSTITUTING COUNSEL**

    The undersigned stipulate and agree to a change of attorney of record for Defendant, Capital One Bank (USA), N.A. (incorrectly sued as "Capital One, N.A.") (hereinafter, "Capital One") in the above-captioned action and agree that Daniel Ginzburg of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., with offices located at One Riverfront Plaza, Suite 800, Newark, New Jersey 07102, is substituted as attorney of record for Capital One in place of Preston L. Zarlock, Esq. and Heather H. Kidera, Esq. of Phillips Lytle LLP.

Dated: New York, New York
May 28, 2015

PHILLIPS LYTLE LLP

By _/s/ Heather Kidera_____
Preston L. Zarlock
Heather H. Kidera
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone No. (212) 759-4888

PODVEY MEANOR CATENACCI HILDNER
COCOZIELLO & CHATTMAN, P.C.

By _/s/ Daniel Ginzburg_____
Daniel Ginzburg
The Legal Center
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Telephone No. (973) 623-1000

Capital One Bank (USA), N.A.

By *Tim O'Brien*

Name: Tim O'Brien
Title: Assistant General Counsel

**SO ORDERED:**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON, U.S.M.J.

Dated: *May 29*, 2015